IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Whites Landing Fisheries, Inc., | Case No. 3:20 CV 2740 |
| Plaintiff, | BENCH TRIAL ORDER |
| -vs- | JUDGE JACK ZOUHARY |
| Eddie C. Towles, | |
| Defendant. | |

This case is scheduled for a Bench Trial on **Tuesday, August 17 at 10:00 A.M.** in the Courtroom of the Honorable Jack Zouhary, United States District Judge, located on the second floor, Courtroom 209, United States Courthouse, 1716 Spielbusch, Toledo, Ohio.

### DEPOSITIONS

1. This Court understands all testimony will be with live witnesses and therefore no depositions need be filed (unless for potential impeachment).

### EXHIBITS

2. Counsel shall exchange, and provide Chambers / Court Reporter, with an Exhibit List and two copies of actual exhibits by **Wednesday, August 11, 2021**. Do not file exhibits with the Clerk of Courts. Original exhibits should be retained by counsel to be introduced at trial.

Exhibits must be marked before trial with numbers, irrespective of which party is producing the exhibit. No duplicates are allowed. Sequence of numbers is not important.

**STIPULATIONS**

3. Counsel shall confer and submit any joint stipulations to this Court by **Wednesday, August 11, 2021.**

**WITNESS LIST**

4. Counsel shall submit a Joint List of Proposed Witnesses with a brief summary of their testimony and a brief discussion of any evidentiary issues likely to arise with respect to admissible testimony (*e.g.*, hearsay). This list shall be filed by **Wednesday, August 11, 2021**.

**TRIAL BRIEFS**

5. Counsel shall submit simultaneous trial briefs to this Court by **Friday, August 13, 2021**. Briefs not to exceed ten (10) pages.

**NOTICE TO COURT REPORTER**

6. In order to facilitate the creation of an accurate Realtime record, counsel shall provide a "Notice to Court Reporter" by **Friday, August 13, 2021** containing:

- Proper names, including those of witnesses;
- Acronyms;
- Geographic locations;
- Technical (*e.g.*, medical) terms, names, or jargon.

The Notice to Court Reporter need **not** be filed but shall be provided in person or via e-mail to Zouhary_Chambers@ohnd.uscourts.gov.

IT IS SO ORDERED.

                                                   s/ *Jack Zouhary*
                                                 JACK ZOUHARY
                                                 U. S. DISTRICT JUDGE

                                                 July 28, 2021