UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

WHITES LANDING FISHERIES, INC.

    Plaintiff, Counter-Defendant

vs.                                          Case No. 3:20-cv-2740
                                             Hon. Jack Zouhary

EDDIE C. TOWLES

    Defendant, Counter-Plaintiff

## WAIVER OF PRE-TRIAL BRIEF OF DEFENDANT

NOW COMES Defendant, Eddie C. Towles and hereby waives his pre-trial brief, but reserves his ability to file a post-trial brief of facts and law based upon the evidence adduced at trial.

                                             Respectfully submitted,

                                             FOSTER SWIFT COLLINS & SMITH PC

                                             By:   */s/Michael J. Liddane*
                                                      Michael J. Liddane (P38639)
                                                      Attorneys for Defendant Eddie Towles
                                                      28411 Northwestern Highway, Suite 500
                                                      Southfield, MI 48034
Dated:  August 13, 2021                    248-539-9900

### CERTIFICATE OF SERVICE

A copy of the foregoing Waiver of Pre-Trial Brief was served on Plaintiff through electronic notification by the Clerk of Courts on August 13, 2021.

                                               */s/Deborah Kales*
                                               Deborah Kales